IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 11-10302-B-13 |
| Alfredo Barbosa, Jr., Maria Raquel Barbosa | § | |
| Debtor(s) | § | CHAPTER 13 |

## AMENDMENT TO CHAPTER 13 PLAN

Debtor(s) hereby amends the plan filed on May 31, 2011 to reflect the following changes and revokes any previously filed amendments.

1. Plan Payments are changed to:

   Months:   1 to 3     Payment:  $ 1,880.01
   Months:   4 to 12    Payment:  $ 1,600.00
   Months:   13 to 60   Payment:  $ 2,000.00

   Gross Amount from Debtor(s) for plan duration (plan base)     $ 116,040.03

2. Changes to treatment of creditors:

   Creditor                              Change
   _____           _____

3. Changes to other plan provisions (specify paragraph in plan):
   Debtors will be able to afford the higher payment beginning in month #13 because they will finish paying the 401k loan.

4. All other provisions of the Debtor(s)' plan shall remain the same.

Date: September 15, 2011

    /s/AlfredoBarbosa, Jr.
Signature of Debtor

    /s/MariaBarbosa, Jr.
Signature of Joint Debtor

    /s/Abelardo Limon
Abelardo Limon
Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Amendment to Chapter 13 Plan was mailed this September 15, 2011 by U.S. Mail and/or served electronically to the parties on the attached service list.

| CHAPTER 13 TRUSTEE: | U.S. TRUSTEE: | DEBTOR(S): |
|---|---|---|
| Cindy Boudloche | 606 N. Carancahua, Suite 1107 | Alfredo, Jr. and Maria Raquel Barbosa |
| 555 N. Carancahua, Suite 600 | Corpus Christi, TX 78476 | 5233 Clearview Dr. |
| Corpus Christi, TX 78475 | | Brownsville TX 78526 |

And to all creditors requesting notice as found below:

    BY: /s/Abelardo Limon Jr.
Abelardo Limon, Jr.

    /s/Abelardo Limon
Abelardo Limon

Linebarger Goggan Blair & Sampson, LLC          Barrett Daffin Frappier Turner & Engel, LLP
P.O. Box 17428                                  15000 Surveyor Blvd. Suite 100
Austin, TX 78760-7428                           Addison, TX 75001